# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY GENTHNER,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. FARIBORZ NAENI, et al.,<br><br>    Defendants. | Case No.  1:17-cv-00290-DAD-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

On March 1, 2017, Plaintiff Debby Genthner ("Plaintiff") filed the complaint in this action, along with an application to proceed in forma pauperis without prepayment of the filing fee.  (ECF Nos. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:  **March 3, 2017**

UNITED STATES MAGISTRATE JUDGE

1